IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-13-21 |
| | § | |
| RUBEN MARIO FLORES-CAMACHO | § | |
| a/k/a Ruben Mario Flores, | § | |
| a/k/a Ruben Flores Camacho, | § | |
| a/k/a Mario Flores, | § | |
| a/k/a Juan Carlos Torres-Salazar, | § | |
| a/k/a Ruben Elizalde-Fores | § | |

## ORDER OF DETENTION PENDING TRIAL

On October 3, 2013, at the combined Detention Hearing and Arraignment of Defendant, **Ruben Mario Flores-Camacho,** this Court considered the matter of his detention. Having considered the Pretrial Services Officer's recommendation of detention, the Defendant's waiver of a Detention Hearing and having confirmed that **Flores-Camacho** is presently subject to a detainer lodged against him by the Immigration and Customs Enforcement Agency which currently provides for no bond, the Court makes the following findings of fact and conclusions of law.

Since **Flores-Camacho** presently has no legitimate claim to a liberty interest that would justify an immediate or meaningful detention determination under 18 U.S.C. § 3142(f), it is the **ORDER** of this Court that good cause exists to postpone the need for such a determination until such time as **Flores-Camacho** can maintain a legitimate liberty interest before this Court. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987). Accordingly, the Court finds that there is no need to make a detention determination at this time.

It is, therefore, **ORDERED** that the Defendant, **Ruben Mario Flores-Camacho**, be, and is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the Defendant, **Ruben Mario Flores-Camacho**, **SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver **Ruben Mario Flores-Camacho** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Galveston, Texas, this      3rd      day of October, 2013.

_____
John R. Froeschner
United States Magistrate Judge